**Petition for Writ of Mandamus Dismissed and Opinion filed August 4, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00332-CV

### IN RE R. WAYNE JOHNSON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-15297**

## MEMORANDUM OPINION

On May 6, 2022, relator, R. Wayne Johnson, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator contends that the trial court acted without jurisdiction and issued a void order.

Relator has been declared a vexatious litigant and is the subject of three pre-filing orders, prohibiting him from filing, pro se, new litigation without seeking the permission of the appropriate local administrative judge. *See* Tex. Civ. Prac. &

Rem. Code Ann. §§ 11.101, 11.102. The clerk of this court may not file an original proceeding or other matter presented by a vexatious litigant subject to a pre-filing order unless the litigant first obtains an order from the appropriate local administrative judge permitting the filing. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a).

On June 28, 2022, the clerk of this court notified relator that his original proceeding was subject to dismissal without further notice, unless within 10 days relator filed a copy of the order from the local administrative judge permitting the filing of his petition. In response to the notice, relator did not provide a copy of the pre-filing order permitting his petition or otherwise adequately respond to our notice.

Accordingly, we dismiss the mandamus petition for lack of jurisdiction. *See* Tex. Civ. Prac. Rem. Code § 11.1035(b); *In re Johnson*, No. 14-21-00314-CV, 2021 WL 2837189, at *1 (Tex. App.—Houston [14th Dist.] July 8, 2021, orig. proceeding) (mem. op.) (dismissing vexatious litigant's petition for writ of mandamus in absence of order from local administrative judge permitting filing of original proceeding).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.

2